HUY TRAN, Bar No. 288196
Justice at Work Law Group
84 West Santa Clara Street, Suite 790
San Jose, CA 95113
Telephone: (408) 317-1100
Facsimile: (408) 351-0105
Huy@JAWLawGroup.com

Attorney for Plaintiff
RICARDO ROJAS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICARDO ROJAS,<br><br>          Plaintiff,<br><br>     v.<br><br>ESPRESSO ROMA CORPORATION and DAVID SANDY BOYD,<br><br>          Defendants. | Case No.  14-CV-04947 JCS<br><br>**STIPULATION RE: SERVICE AND INITIAL CASE MANAGEMENT CONFERENCE** |

TO THIS COURT AND ALL PARTIES THROUGH THEIR ATTORNEYS OF RECORD:

The parties have stipulated to the following in regard to service of the initial pleadings and the initial case management conference:

1. Defendants do not believe that they were properly served. Rather than litigate over this issue, Defendant DAVID SANDY BOYD waived service under Fed. R. Civ. Pro. 4(d) as of March 9, 2015, and is now permitted until May 8, 2015 to file an Answer.

2. Because of Defendants' waiver of service, Plaintiff has agreed to extend the deadline for all Defendants to file an Answer by May 8, 2015. Furthermore, the parties jointly request that the initial CMC currently scheduled for April 3, 2015 be continued until May 15, 2015. This will permit Defendants to prepare their responsive pleadings, the parties to

participate meaningfully in the Initial Case Management Conference, and to meet and confer on the production of documents, discovery and settlement.

Dated: March 26, 2015

//s//Huy Tran//s//
Huy Tran
JUSTICE AT WORK LAW GROUP
Attorney for Plaintiff RICARDO ROJAS

Dated: March 26, 2015

//s//Paul Manasian//s//
Paul Manasian
Attorney for Defendants
ESPRESSO ROMA CORP. and DAVID SANDY BOYD

Dated: 3/27/15

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA