1  HUY TRAN, Bar No. 288196
   Justice at Work Law Group
2  84 West Santa Clara Street, Suite 790
   San Jose, CA 95113
3  Telephone: (408) 317-1100
   Facsimile: (408) 351-0105
4  Huy@JAWLawGroup.com

5  Attorney for Plaintiff
   RICARDO ROJAS

6

7                      UNITED STATES DISTRICT COURT

8                     NORTHERN DISTRICT OF CALIFORNIA

9                        SAN FRANCISCO DIVISION

10

11 RICARDO ROJAS,                      Case No.  14-CV-04947 JCS

12            Plaintiff,               **SECOND STIPULATION RE: INITIAL
                                       CASE MANAGEMENT CONFERENCE**
13      v.

14 ESPRESSO ROMA CORPORATION and
   DAVID SANDY BOYD,
15
              Defendants.
16

17

18     TO THIS COURT AND ALL PARTIES THROUGH THEIR ATTORNEYS OF RECORD:

19     The parties have stipulated to the following in regard to the initial case management

20 conference:

21     1.  The parties currently have a mediation session scheduled for August 19, 2015.

22     2.  The next case management conference has been scheduled for August 14, 2015.

23     3.  The parties request that this Court continue the case management conference for 30 days

24        to give the parties the opportunity to complete mediation.

25

26

27

28

                                    1                      Case No. 14-CV-04947 JCS
                            SECOND STIPULATION

1    Dated:  August 7, 2015

2
                                                    //s//Huy Tran//s//
3                                                   Huy Tran
                                                    JUSTICE AT WORK LAW GROUP
4                                                   Attorney for Plaintiff RICARDO ROJAS

5

6    Dated: August 7, 2015

7
                                                    //s//Paul Manasian//s//
8                                                   Paul Manasian
                                                    Attorney for Defendants
9                                                   ESPRESSO ROMA CORP. and DAVID
                                                    SANDY BOYD
10

11   IT IS HEREBY ORDERED that the further case management conference, set for 8/14/15, at 2:00 PM

12   has been rescheduled to 9/25/15 at 2:00 PM. Updated case management conference statement due
     by 9/18/15.
13   Dated:  8/10/15

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                         2                          Case No. 14-CV-04947 JCS
                                  SECOND STIPULATION