UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICARDO ROJAS,

    Plaintiff.

v.

ESPRESSO ROMA CORPORATION, et al.,

    Defendants.

Case No. 14-cv-04947-JCS

**ORDER TO SHOW CAUSE**

Pursuant to Civil L.R. 16-2, a further case management conference was scheduled on November 13, 2015, before this Court in the above-entitled case. Plaintiff was not present. Defendant was not present.

IT IS HEREBY ORDERED that Plaintiff and Defendant shall appear on **November 20, 2015, at 2:00 p.m.,** before Chief Magistrate Judge Joseph C. Spero, in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why this action should not be dismissed with prejudice as this matter has been settled. A further case management conference is also scheduled for **November 13, 2015**, **at 2:00 p.m.**

IT IS SO ORDERED.

Dated: November 17, 2015

_____
JOSEPH C. SPERO
Chief Magistrate Judge